**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION

SUSAN LUCKEY,

   Plaintiff,

v.                                             Case No. 1:20-cv-00330

WAFFLE HOUSE, INC.

and

EAST COAST WAFFLES, INC. d/b/a/
WAFFLE HOUSE,

   Defendants.

## NOTICE OF REMOVAL

Defendants Waffle House, Inc. and East Coast Waffles, Inc. d/b/a/ Waffle house ("East Coast Waffles"), by counsel, pursuant to 28 U.S.C. sections 1441 and 1446, file this Notice of Removal to remove this action from the Circuit Court for Cecil County, Maryland, case no. C-07-CV-19-000533, to the United States District Court for the District of Maryland, Northern Division. In support thereof, Defendants state as follows:

1.    Plaintiff filed suit against the Defendants in the Circuit Court for Cecil County on November 12, 2019. Defendants were served on January 10, 2020. A copy of the summons and complaint are attached hereto pursuant to 28 U.S.C. § 1446.

2.    This Court has removal jurisdiction over this matter as there is complete diversity of citizenship between Plaintiff and Defendants and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

3.    Plaintiff is a resident of Florida. (Compl. ¶ 1).

4. Defendant Waffle House, Inc. is a corporation that maintains its principal place of business in Georgia.

5. Defendant East Coast Waffles is a corporation that maintains its principal place of business in Georgia.

6. Pursuant to 28 U.S.C. § 1446, this Notice is filed within 30 days after the Defendants were served.

7. The Defendants have given notice of the filing of this Notice of Removal to counsel for Plaintiff, and have mailed a copy to the Clerk of the Circuit Court for Cecil County.

8. Plaintiff demanded a trial by jury in her Complaint filed with the Circuit Court for the Cecil County.

WHEREFORE, Defendants Waffle House, Inc. and East Coast Waffles, Inc. d/b/a/ Waffle house, by counsel, respectfully request that this Court remove this action from the Circuit Court for Cecil County, Maryland.

**WAFFLE HOUSE, INC. AND EAST COAST WAFFLES, INC. D/B/A WAFFLE HOUSE,**

By Counsel

/s/ *Britton R. Wight*
Britton R. Wight (Federal Bar No.: 19068)
Harman, Claytor, Corrigan & Wellman
1900 Duke St., Suite 210
Alexandria, Virginia 22314
804-747-5200 - Phone
804-747-6085 - Fax
bwight@hccw.com
*Counsel for Defendants*

## **C E R T I F I C A T E**

    I hereby certify that on the 7th day of February, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

    I hereby further certify that a true and accurate copy of the foregoing was served via U.S. mail this 7th day of February, 2020 to:

> Curtis D. Cannon, Esq.
> Samantha L. Peters, Esq.
> Goldberg & Finnegan, LLC
> 8401 Colesville Rd., Suite 630
> Silver Spring, MD 20910
> ccannon@goldbergfinnegan.com
> speters@goldbergfinnegan.com
> 301-589-2999 - Phone
> 301-589-2644 – Fax

> /s/ *Britton R. Wight*
> Britton R. Wight (Federal Bar No.: 19068)
> Harman, Claytor, Corrigan & Wellman
> 1900 Duke St., Suite 210
> Alexandria, Virginia 22314
> 804-747-5200 - Phone
> 804-747-6085 - Fax
> bwight@hccw.com



**CIRCUIT COURT FOR CECIL COUNTY, MARYLAND**
129 East Main Street
Elkton, Maryland 21921

To: WAFFLE HOUSE, INC.
SERVE ON: RESIDENT AGENT GREGORY J. NEWMAN
5986 FINANCIAL DRIVE
NORCROSS, GA 30071

Case Number: C-07-CV-19-000533
Other Reference Number(s):

SUSAN LUCKEY VS. WAFFLE HOUSE, INC., ET AL.

Issue Date: 11/13/2019

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this Court, to the attached **Complaint and case information report** filed by:

SUSAN LUCKEY
94 Yale Avenue
Frostproof, FL 33843

This summons is effective for service only if served within 60 days after the date it is issued.

*Charlene M. Notarcola*
Charlene M. Notarcola
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

*[Handwritten note: Served on Celestin by private process server on 1/10/2020. —GJN]*

**EXHIBIT A**

Susan Luckey vs. Waffle House, Inc., et al.        Case Number: C-07-CV-19-000533

## SHERIFF'S RETURN
Circuit Court for Cecil County

Sheriff fee: _____   By: _____

Served: _____

Time: _____   Date: _____

With the following:

- ☐ Summons
- ☐ Complaint
- ☐ Motions
- ☐ Petition and Show Cause Order
- ☐ Counter Complaint
- ☐ Domestic Case Information Report
- ☐ Financial Statement
- ☐ Other _____

Please specify

Was unable to serve because:

- ☐ Moved left no forwarding address
- ☐ Address not in jurisdiction
- ☐ No such address
- ☐ Other _____

Please specify

Sheriff fee: $ _____    _____
Serving Sheriff's Signature & Date

Instructions to Private Process Server:

1. This Summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

IN THE CIRCUIT COURT FOR Cecil County
(City or County)

## CIVIL – NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff*: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant*: You must file an Information Report as required by Rule 2-323(h).

**THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING**

FORM FILED BY: ☒ PLAINTIFF ☐ DEFENDANT    CASE NUMBER _____ (Clerk to insert)

CASE NAME: Susan Luckey       vs.   Waffle House, Inc.
            Plaintiff                Defendant

PARTY'S NAME: Susan Luckey       PHONE: _____
PARTY'S ADDRESS: 94 Yale Avenue, Frostproof, FL 33843
PARTY'S E-MAIL: _____

If represented by an attorney:
PARTY'S ATTORNEY'S NAME: Samantha L. Peters, Esquire       PHONE: 301-589-2999
PARTY'S ATTORNEY'S ADDRESS: 8401 Colesville Road, Suite 630, Silver Spring, MD 20910
PARTY'S ATTORNEY'S E-MAIL: speters@goldbergfinnegan.com

JURY DEMAND? ☒ Yes ☐ No
RELATED CASE PENDING? ☐ Yes ☒ No If yes, Case #(s), if known: _____
ANTICIPATED LENGTH OF TRIAL?: ___ hours ___ days

### PLEADING TYPE

New Case: ☒ Original   ☐ Administrative Appeal   ☐ Appeal
Existing Case: ☐ Post-Judgment   ☐ Amendment
*If filing in an existing case*, skip Case Category/Subcategory section - go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (Check one box.)

**TORTS**
☐ Asbestos
☐ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint - DOB of Youngest Plt: _____
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☐ Motor Tort
☐ Negligence
☐ Nuisance
☒ Premises Liability
☐ Product Liability
☐ Specific Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☐ Breach
☐ Business and Commercial
☐ Confessed Judgment (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
  ☐ Commercial
  ☐ Residential
  ☐ Currency or Vehicle
  ☐ Deed of Trust
  ☐ Land Installments
  ☐ Lien
  ☐ Mortgage
  ☐ Right of Redemption
  ☐ Statement Condo
☐ Forfeiture of Property / Personal Item
☐ Fraudulent Conveyance
☐ Landlord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Workers' Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assumption of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. - Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

CC-DCM-002 (Rev. 04/2017)       Page 1 of 3

### IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

- ☐ Abatement
- ☐ Administrative Action
- ☐ Appointment of Receiver
- ☐ Arbitration
- ☐ Asset Determination
- ☐ Attachment b/f Judgment
- ☐ Cease & Desist Order
- ☐ Condemn Bldg
- ☐ Contempt
- ☐ Court Costs/Fees
- ☐ Damages-Compensatory
- ☐ Damages-Punitive
- ☐ Earnings Withholding
- ☐ Enrollment
- ☐ Expungement
- ☐ Findings of Fact
- ☐ Foreclosure
- ☐ Injunction
- ☐ Judgment-Affidavit
- ☐ Judgment-Attorney Fees
- ☐ Judgment-Confessed
- ☐ Judgment-Consent
- ☐ Judgment-Declaratory
- ☐ Judgment-Default
- ☐ Judgment-Interest
- ☐ Judgment-Summary
- ☐ Liability
- ☐ Oral Examination
- ☐ Order
- ☐ Ownership of Property
- ☐ Partition of Property
- ☐ Peace Order
- ☐ Possession
- ☐ Production of Records
- ☐ Quarantine/Isolation Order
- ☐ Reinstatement of Employment
- ☐ Return of Property
- ☐ Sale of Property
- ☐ Specific Performance
- ☐ Writ-Error Coram Nobis
- ☐ Writ-Execution
- ☐ Writ-Garnish Property
- ☐ Writ-Garnish Wages
- ☐ Writ-Habeas Corpus
- ☐ Writ-Mandamus
- ☐ Writ-Possession

*If you indicated Liability above,* mark one of the following. This information is *not* an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.   ☐ Liability is not conceded, but is not seriously in dispute.   ☐ Liability is seriously in dispute.

### MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000   ☐ $10,000 - $30,000   ☐ $30,000 - $100,000   ☐ Over $100,000

☐ Medical Bills $_____   ☐ Wage Loss $_____   ☐ Property Damages $_____

### ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

A. Mediation     ☐ Yes  ☐ No          C. Settlement Conference  ☐ Yes  ☐ No
B. Arbitration   ☐ Yes  ☐ No          D. Neutral Evaluation     ☐ Yes  ☐ No

### SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, check here and attach form CC-DC-041

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, check here and attach form CC-DC-049

### ESTIMATED LENGTH OF TRIAL

With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL.   *(Case will be tracked accordingly)*

- ☐ 1/2 day of trial or less
- ☐ 1 day of trial time
- ☐ 2 days of trial time
- ☐ 3 days of trial time
- ☐ More than 3 days of trial time

### BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ Expedited- Trial within 7 months of Defendant's response            ☐ Standard - Trial within 18 months of Defendant's response

### EMERGENCY RELIEF REQUESTED

**COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)**

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

**CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)**

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☐ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff_____. |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

**CIRCUIT COURT FOR BALTIMORE COUNTY**

| | | |
|---|---|---|
| ☐ | Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ | Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ | Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ | Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

11/4/2019
Date

8401 Colesville Road, Suite 630
Address

Silver Spring    MD    20910
City    State    Zip Code

*Samantha L. Peters* (signature)
Signature of Counsel / Party

Samantha L. Peters, Esquire
Printed Name

CC-DCM-002 (Rev. 04/2017)      Page 3 of 3

## IN THE CIRCUIT COURT FOR CECIL COUNTY, MARYLAND

| | | |
|---|---|---|
| SUSAN LUCKEY<br>94 Yale Avenue<br>Frostproof, FL 33843 | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | CASE NO.: C-07-CV-19-000533 |
| WAFFLE HOUSE, INC.<br>5986 Financial Drive,<br>Norcross, GA 30071 | * | |
| | * | |
| Serve: Resident Agent<br>Gregory J. Newman<br>5986 Financial Drive<br>Norcross, GA 30071 | * | |
| | * | |
| and | * | |
| EAST COAST WAFFLES, INC. d/b/a<br>WAFFLE HOUSE<br>5986 Financial Drive<br>Norcross, GA 30071 | * | |
| | * | |
| Serve: Resident Agent<br>CSC-Lawyers Incorporating Service<br>   Company<br>7 St. Paul Street<br>Suite 820<br>Baltimore, MD 21202 | * | |
| | * | |
| Defendants. | | |

### COMPLAINT

1. Plaintiff Susan Luckey is a resident of Frostproof, Florida.

2. Defendant Waffle House, Inc. is a corporation headquartered in Norcross, Georgia that owns, operates, manages, leases or otherwise controls the Waffle House restaurant located in Elkton, Maryland which is the subject of this matter.

3.  Defendant East Coast Waffles, Inc. d/b/a Waffle House is a subsidiary of Defendant Waffle House, Inc., which owns, operates, manages, leases, or otherwise controls the Waffle House restaurant located in Elkton, Maryland which is the subject of this matter.

4.  On April 1, 2018, Plaintiff was an invitee exiting the restaurant known as Waffle House located at 261 Belle Hill Road in Elkton, Maryland (hereinafter the "restaurant"). The restaurant was open for business. At all relevant times, Plaintiff was conducting herself in a careful and cautious manner.

5.  As she was walking in the restaurant parking lot, Plaintiff was caused to trip and fall in a pothole which had existed for a significant length of time such that Defendants knew or should have known it to exist.

6.  As a result of her trip and fall, Plaintiff suffered severe permanent bodily injuries and sustained damages.

## COUNT I – NEGLIGENCE

7.  Paragraphs 1-6 are hereby incorporated and re-alleged as if fully restated herein.

8.  As the owners, managers, and/or operators of the subject premises, Defendants owed their invitees and other persons on the property, including Plaintiff, numerous duties including, *inter alia*, a duty to exercise reasonable care to keep the subject premises in a safe condition and free from dangerous conditions and hazards; a duty to exercise reasonable care to prevent dangerous conditions and hazards on the subject premises; and, if a condition on the subject premises does create a dangerous condition or hazard, a duty to remedy such hazards and/or warn members of the public so they do not trip and fall.

9.  Defendants, by their acts and/or omissions, directly and/or through their employees, agents, and/or servants, breached their duties to Plaintiff, by, *inter alia*, failing to keep the parking

lot of the restaurant free from dangerous conditions and hazards and failing to warn of the pothole that had developed in the parking lot.

10. Defendants, directly and/or through their employees, agents, and/or servants, created and/or had prior actual or constructive notice of the dangerous condition. The pothole existed for a significant length of time such that a reasonable inspection would have and/or should have alerted the Defendants to its existence. Further, the Defendants regularly clean and inspect the parking lot such that it had actual notice of the existence of the defect. Lastly, the defect was in direct view of surveillance cameras covering the exterior parking lot such that the Defendants would have been able to see the pothole on review of the video.

11. As a direct and proximate result of Defendants' negligence, Plaintiff sustained, in the past and into the future, severe and permanent bodily injury, pain and discomfort, lost income, and incurred medical expenses.

WHEREFORE, Plaintiff demands judgment in an amount that exceeds Seventy-Five Thousand Dollars ($75,000.00) against each Defendant, plus costs and interest.

Respectfully submitted,

*Samantha L. Peters*
Curtis D. Cannon, Esquire #0312160117
Samantha L. Peters, Esquire #1412180017
Goldberg & Finnegan, LLC
8401 Colesville Road, Suite 630
Silver Spring, Maryland 20910
ccannon@goldbergfinnegan.com
speters@goldbergfinnegan.com
301-589-2999(p)
301-589-2644(f)
*Attorneys for Plaintiff*

## JURY DEMAND

Plaintiff demands a trial by jury on all issues raised herein.

_Samantha L. Peters_
Samantha L. Peters, Esq.

4